IN THE DISTRICT COURT OF THE UNITED STATES
IN AND FOR THE MIDDLE DISTRICT COURT

Aaron Dale Fulmore
    Plaintiff,

v.                    CASE NO: 3:24-cv-1200-WWB-MCR

J-PAY INCORPORATD LLC,
    Respondent
_____/

RECIEVED
UNION CORRECTIONAL INSTITUTION
NOV 18 2024
BY:_____
FOR MAILING

## NOTICE OF INTENT TO FILE SUIT

COMES NOW, Aaron Dale Fulmore, hereafter known as "the Plaintiff" and does formally submit in good faith, this, his Notice of Intent to File Suit. As grounds and in support of this notice, the Plaintiff states:

### ASSERVACATION

1. That this Notice of Intent to File Suit shall be filed with the Clerk of the United States Middle District Court, 300 North Hogan Street, Jacksonville, Florida 32202. Name as the principal, J-Pay Incorporated, LLC, Attention: Legal Department, 3450 Lakeside Drive, Suite 100, Miramar, Florida 33024, and as the Agent to the Principal, Secretary Florida Department of Corrections, located at 501 S. Calhoun Street, Tallahassee, Florida 32399-2500.

### HISTORY

2. That in 2020, Florida Department of Corrections did, under threat of force of extortion, confiscate the exclusive property of all Florida Inmates JP5 Tablet

1

players, which did especially include the exclusive property of the Plaintiff, known as JP5 Tablet.

2a. That in November of 2022, Florida Department of Corrections, acting as an agent for J-Pay Incorporated LLC, did, under threat of force of extortion confiscate the JP6 Tablet players from all Florida Inmates.

No money was returned to the Plaintiff for the purchase price of the JP5 Tablet, and no compensation was forthcoming for the thirty-five (35) (and counting) days in which the Plaintiff has been denied access to his video games, music, and movies since the confiscation of the JP6 Tablet player.

## JURISDICTION

3. That the United States Constitution, Amendment XIV, Section I, protects the rights of a person's property, and defines the matter of law.

3a. That the State of Florida Constitution under property Article I, Sections 1, 2, 5, 6 and 12, protects the rights of persons, and a person's property, and defines the matter of law.

4. That Section 812.13(1), prohibits, and defines "Robbery" means the taking of money or other property… with intent to either permanently, or temporarily deprive the person… when in the course of the taking, there is the "use of force, violence, assault, or putting fear."

2

4a. That Section 825102, prohibits, and defines "abuse, assault, threat, and neglect of elderly, or A.D.A. persons."

4b. That the principal "J-Pay Incorporated LLC" does in the (FAQ) Contract Section of its product kiosk (found in every F.D.O.C. dormitory), stipulate that "music purchased is the exclusive property of the customer once it has been purchased." Whereas, the language should be amended in the contract to also include video games and movies.

4c. That the Statute of Limitations for contact law is six years.

## GRAVAMEN

5. That the cost of $2,500.00 for the unarmed robbery of the JP5 player tablet.

5a. That the cost $2,500.00 for time of being deprived access to music, video games, and movies at said time, during said time since November 8th, 2022 (and counting), plus depreciation, the ten hours use to prepare this document @ $80.00 per hour, the $5,000.00 sought for trauma and anguish, the $27.00 sought for materials, Postage will combine with the charge of totaling, which the Plaintiff believes to be more than fair at $5,000.00 altogether after taxes, fees, and expenses.

## ARGUMENT

6. That the unethical unarmed robbery and extortion acts violated the Plaintiff's rights to his property, and deprived him of having access to his music, video

3

games, and movies. Incarcerated individuals are not consenting consumers, but are merely paying for products and services which are offered to them in the custodial setting of prison. When the principal, or the agent decide = without proper memorandum notice with intended rules and policy statutes, and sections showing intent, not giving inmates proper procedural opportunity to challenge. To extort inmates, shows a themeful pattern of violations of the United States Constitution, the State of Florida Constitution, the rules of conduct of Chapter 33-208.002 (5), (6), (8), (10), (12), (19), (21), (23), (24) and (26), and Fla. Statutes Chapter 112.313. Standards of Conduct for Public Officers, Employees of Agencies, and Local Government Attorneys (6) Misuse of Public Portion. Justice parties made to correct the violations and wrongs. Also the use of Boilerplate DR's were construed to Gain Custody of Inmates JP6 / Securus Tablets. The tablets were Issued to Inmates already labeled as Refurnished Tablets.

**Definition:** "BOILER PLATE – READY – MADE or All-Purpose language that will fit in a variety of documents."

BLACK'S LAW DICTIONARY, 11th Edition, page 216.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing document has been placed in prison officials hands for mailing via U.S. Postal Service to: District Court, Officer: Mutaza Cheema, 3450 Lakeside Drive Suite 100, Miramar, Florida 33024 and Secretary, Florida Department of Corrections, 501 S. Calhoun Street, Tallahassee, Florida 32399 on this 18TH day of November, 2024.

Respectfully submitted,

Aaron Fulmore #685320 K2104
Aaron Fulmore
Union C.I. P.O. BOX 1000
Raiford, Florida 32083

Aaron Fulmore 485320
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083



Mailed from a State Correctional Institution

Clerk of the United States
Middle District Court
300 North Hogan Street
Jacksonville, Florida 32202

**LEGAL MAIL**

**RECIEVED**
UNION CORRECTIONAL INSTITUTION

NOV 18 2024

BY:_____
FOR MAILING